SEALED

FILED

APR 0 2 2014

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
          DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF THE ARREST OF<br><br>JOSHUA LANDON KLIPP | Case No. 2:14-MJ-0078 EFB<br><br>[PROPOSED] ORDER RE:<br>REQUEST TO SEAL DOCUMENTS |

Upon application of the United States of America and good cause having been shown, IT IS HEREBY ORDERED that the arrest warrant and arrest warrant affidavit underlying the arrest warrant in the above-captioned proceeding shall be filed under seal and shall not be disclosed to any person unless otherwise ordered by this Court, with the exception that a copy of the arrest warrant may be provided to the subject at the time of arrest.

Dated: 4-2-2014

_____
EDMUND F. BRENNAN
United States Magistrate Judge
Eastern District of California